UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60004-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAVORIS BATTLE,

    Defendant.
_____/

FILED by _____ D.C.

DEC 2 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND REPORT AND RECOMMENDATION

The Defendant, TAVORIS BATTLE, appeared before the Court on December 28, 2012, for a hearing for violations of supervised release, pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a). The Defendant is charged with seven violations of supervised release: (1) failing to submit to drug testing; (2) failing to satisfy the court-ordered assessment fee; (3) failing to report to probation as directed; (4) failing to submit monthly statements to probation; (5) failing to participate in an approved treatment program; (6) failing to report to the residential reentry center as ordered; and (7) failing to maintain full-time employment.

The Defendant was represented by AFPD Lori Barrist.

The Defendant admits to each of the violations. The Defendant requesting to proceed to sentencing in front of Judge Hurley. The Court finds that the Defendant knowingly and voluntarily admits to violating his supervised release. The Court also finds that the Defendant knowingly and voluntarily waives his rights to a preliminary hearing and a final revocation hearing.

On the issue of detention, the Rules of Criminal Procedure provide that a magistrate judge may release or detain a person charged with violating supervised release pursuant to 18 U.S.C. § 3143(a). *See* Fed. R. Crim. P. 32.1(a)(6), 46(c). Both Rules 32.1(a)(6) and 46(c) provide that the Defendant bears the burden of establishing that he or she will not flee or pose a danger to any other person or to the community. Moreover, the Court is required to detain the defendant unless the Court finds by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released. *See* 18 U.S.C. §§ 3142(e-f), 3143(a), and 3148(a-b).

Here the Defendant failed to show up for his residential reentry program, Compass Health Systems treatment program, drug testing, and failed to report to Probation. His supervision was previously revoked and he has a long history of drug and violent crimes. This Court finds that the Defendant has not met his burden proving by clear and convincing evidence that he will not be a danger to the community and is not likely to flee if released.

Accordingly, the Court **ORDERS** that the Defendant be detained until further order of the Court.

This Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty of violating his supervised release.

**IT IS HEREBY ORDERED** that the Defendant be remanded to the custody of the U.S. Marshals pending sentencing in the District Court. The Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel, and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a

United States Marshal for the purpose of an appearance in connection with a court proceeding.

Finally, the Court **ORDERS** that this matter be set down for sentencing before the Honorable Daniel T.K. Hurley, Senior United States District Court Judge.

## NOTICE OF FILING OBJECTIONS

A party shall serve and file written objections, if any, to this Report and Recommendation with Honorable Daniel T.K. Hurley, Senior United States District Court Judge, within fourteen (14) days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and ORDERED and DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 28th day of December, 2012.

*James M. Hopkins*

---

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Daniel T. K. Hurley
Counsel of record
U.S. Probation
Clerk of Court

3